KAMALA D. HARRIS
Attorney General of California
KENNETH C. JONES
Supervising Deputy Attorney General
SARAH M. BARNES
Deputy Attorney General
State Bar No. 235587
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2103
  Fax:  (213) 897-1071
  E-mail:  Sarah.Barnes@doj.ca.gov
*Attorneys for Defendants*
*California Horse Racing Board, Charles Winner,*
*Bo Derek, Rick Baedeker, Richard Rosenberg,*
*George Krikorian, Jesse Choper, Steve Beneto &*
*Madeline Aeurbach*

Carlo Fisco, Esq.
State Bar No. 166274
LAW OFFICE OF CARLO FISCO
3000 S. Robertson Blvd., Suite 215
Los Angeles, CA 90034-3156
Tel.: (310)202-0950
Fax: (310)202-0950
Email: cfisco@aol.com
*Attorney for Plaintiff*
*Donald Lockwood*

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD LOCKWOOD,<br><br>               Plaintiff,<br><br>v.<br><br>CALIFORNIA HORSE RACING BOARD, a state agency, et al.,<br><br>               Defendants. | Case No.: 2:16-CV-02964-CAS-E<br>ORDER ON<br>**STIPULATION ~~xxORDER~~ RE: DISMISSAL OF CLAIMS AND REMAND TO STATE COURT**<br><br>Courtroom:  5<br>Judge:        Hon. Christina A. Snyder<br>Trial Date:  Not Set<br>Action Filed: February 25, 2016 |

1

Plaintiff Donald Lockwood and Defendants California Horse Racing Board, Charles Winner, Bo Derek, Rick Baedeker, Richard Rosenberg, George Krikorian, Jesse Choper, Steve Beneto, and Madeline Aeurbach, by and through their counsel of record, submit the following stipulation and order to the Court.

**WHEREAS:**

(1) Plaintiff's Complaint for Damages was filed in the Superior Court of California, County of Los Angeles, on February 25, 2016;

(2) Defendants removed the matter to federal court under federal question jurisdiction on May 3, 2016;

(3) A Scheduling Conference was held before the Honorable Christina A. Snyder on August 29, 2016;

(4) The Scheduling Conference was continued to October 17, 2016; and

(5) Plaintiff agrees to dismiss certain claims, which would leave this Court without subject matter jurisdiction over this case.

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

(1) Plaintiff's third (Violation of 42 U.S.C. 1983), fourth (Violation of 42 U.S.C. 1985(3)), fifth (Violation of 42 U.S.C. 1986), and sixth (Negligent Hiring, Training, and/or Supervision) causes of action are DISMISSED WITH PREJUDICE;

(2) Defendants Charles Winner, Bo Derek, Rick Baedeker, Richard Rosenberg, George Krikorian, Jesse Choper, Steve Beneto, and Madeline Aeurbach are DISMISSED WITH PREJUDICE; and

///
///
///
///
///
///

1     (3) This case is REMANDED to the state court from which it was removed.

2 **IT IS SO ORDERED.**

3

4 Dated: September 29, 2016            *Christina A. Snyder*

5                                         Hon. Christina A. Snyder
                                        U.S. District Judge

6

7 STIPULATED BY:

8

9 Dated: September 27, 2016            KAMALA D. HARRIS
                                        Attorney General of California
10                                        KENNETH C. JONES
                                       Supervising Deputy Attorney General

11

12                                        *Sarah M. Barnes*

13                                        SARAH M. BARNES
                                       Deputy Attorney General
14                                        *Attorneys for Defendants*
                                       *California Horse Racing Board,*
15                                        *Charles Winner, Bo Derek, Rick*
                                       *Baedeker, Richard Rosenberg,*
16                                        *George Krikorian, Jesse Choper,*
                                       *Steve Beneto & Madeline Auerbach*

17

18 Dated: September 12, 2016            LAW OFFICE OF CARLO FISCO

19

20                                        Carlo Fisco
                                       *Attorney for Plaintiff*
21                                        Donald Lockwood

22

23

24 Dated: September 22, 2016

25                                        Donald Lockwood
                                       *Plaintiff*

26 LA2016500977
   62107143.doc

27

28